JULIUS ROTHSCHILD, Respondent, *v.* SAMUEL MOSBACHER et al., Appellants.

*Rothschild* v. *Mosbacher*, 26 App. Div. 167, appeal dismissed.
(Submitted March 13, 1899; decided March 21, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the ground that no questions of law are involved in the appeal, and that the judgment appealed from was unanimously affirmed.

*Herman Aaron* for motion.

*Reginald H. Arnold* opposed.

Motion to dismiss granted, and appeal dismissed, with costs.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BABYLON RAILROAD COMPANY, Respondent, *v.* THE BOARD OF RAILROAD COMMISSIONERS OF THE STATE OF NEW YORK et al., Appellants.

*People ex rel. Babylon R. R. Co.* v. *Comrs.*, 32 App. Div. 179, affirmed.
(Argued February 27, 1899; decided March 21, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 14, 1898, reversing a determination of the state board of railroad commissioners denying the application of the relator to change its motive power from horse power to "kinetic motor steam power."

*John C. Davies, Attorney-General,* and *G. D. B. Hasbrouck, Deputy Attorney-General,* for appellants.

*Robert G. Ingersoll, Charles L. Easton* and *Amasa J. Parker, Jr.,* for respondent.

Order affirmed, with costs, on opinion below.
All concur.